# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

128879

DIKEA SARAFOPOULOS,
               Plaintiff-Appellant,

v

STEVEN DWAYNE ROMP and DENISE
ARLENE GREGORY,
               Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128879
COA: 253214
Macomb CC: 2003-000581-NI

On order of the Court, the application for leave to appeal the May 24, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

t1219